Name _Kitti R. Payne, In Pro Se_

Street Address _445 F St. / P.O.Bx 12181 c/o General Delivery_

City and County _Fresno; Fresno County_

State and Zip Code _CA  93776_

Telephone Number _(559) 373-5304_



FILED

FEB 04 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

BY _____
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

_Kitti Ruth Payne (aka Kitti Ruth Power)_

_____

_____

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

_Publishers Clearing House, Inc., Margaret Crossan, Dave Sayer, PCH Affiliates, dba PCH Lotto, aka Publishing Clearing House, PCH, and The Clearing House_

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. _1: 16 CV - 00165 DAD-SKO_

*(to be filled in by the Clerk's Office)*

Jury Trial:   ☐ Yes   ☑ No

*(check one)*

## I.   The Parties to This Complaint

### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

AFFILIATION EXPLICATION #'s 140919-024929 and 140924-025199 from calaboration of special interest groups.

⟶

| | |
|---|---|
| Name | Kitti Ruth Payne, aka Kitti R. Power |
| Street Address | 445 F St. / P.O. Bx 12181 c/o General Delivery (AN OVERNIGHT WOMENS SHELTER) |
| City and County | Fresno; Fresno County |
| State and Zip Code | CA   953776 |
| Telephone Number | (559) 373-5304 |

### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known).  Attach additional pages if needed.

Defendant No. 1

aka PCH Affiliates, Publishing Clearing House, (PCH, and The Clearing House)

| | |
|---|---|
| Name | Publishers Clearing House, Inc., dba PCHLotto |
| Job or Title (if known) | Corporation |
| Street Address | 101 Winners Circle |
| City and County | Port Washington; Nassau County |
| State and Zip Code | New York   11050 |
| Telephone Number | (516) 883-5432 |

Defendant No. 2

| | |
|---|---|
| Name | Margaret Crossan |
| Job or Title (if known) | PCH Executive |
| Street Address | 101 Winners Circle |
| City and County | Port Washington; Nassau County |
| State and Zip Code | New York   11050 |
| Telephone Number | (516) 883-5432 |

2

Defendant No. 3

| | |
|---|---|
| Name | Dave Sayer |
| Job or Title (if known) | PCH Executive |
| Street Address | 101 Winners Circle |
| City and County | Port Washington; Nassau County |
| State and Zip Code | New York   11050 |
| Telephone Number | (516) 883-5432 |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title (if known) | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |

## II.   Basis for Jurisdiction

Federal Courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in Federal Court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same state as any plaintiff.

What is the basis for Federal Court jurisdiction? *(check all that apply)*

☐  Federal question          ☒  Diversity of citizenship

3

Fill out the paragraphs in this section that apply to this case.

**A. If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

_____

_____

_____

**B. If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

   a. If the plaintiff is an individual

   The plaintiff, *(name)* Kitti Ruth Payne , is a citizen of the State of *(name)* California .

   b. If the plaintiff is a corporation

   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____ .

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

   *1.* The defendant, *(name)* Margaret Crosson , is a citizen of the State of *(name)* New York . *Or* is a citizen of *(foreign nation)* _____ .

4(a)

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

COMPLAINT for a Civil Case

(ADDITIONAL PAGE AS ATTACHMENT TO PAGE 4(a))

B. If the Basis for Jurisdiction is Diversity of Citizenship

2. The Defendant(s)
   a. If the defendant is an individual

   2. The defendant, (name) _Dave Sayer_, is a citizen of
   the State of (name) _New York_, or is a citizen of
   (foreign nation) _____.

Complaint for a Civil Case - K.R.Payne
- Page 4(b) as additional page -

b.  If the defendant is a corporation

The defendant, *(name)* aka PCH, Publishing Clearing House, The Clearing House, _Publishers Clearing House, Inc., PCH Lotto,_ is incorporated under the laws of the State of *(name)* New York, and has its principal place of business in the State of *(name)* New York. *Or* is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.  The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than \$75,000, not counting interest and costs of court, because *(explain)*:

Amount made within four corners is ONE MILLION Dollars (\$1,000,000.⁰⁰) at the time of Wed, 26 Oct 2011 18:48:56-0300 (USCS Rule 9(b)(f) pg. 1; Rule 8 n 9 pg. 517, In re Inv. Fnd. Crp. Sec. Litig (1980); Rule 8(a) pg. 494; Rule 8(e) pg. 495; Rule 8 n 373 pg. 815; Rule 8 n 12 pg. 520, Gray v Internal Aff. Bur.).

### III.  Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

Construe so as to do Substantial Justice (to Plaintiff, namely Kitti R. Payne)(USCS Rule 8(e)); Attachment(s) 1 (Rule 9(b)(c)(g) made at time of Wed. 26 Oct 2011 18:48:56-0300 (Rule 9(f)); Attach 2 (Rule 9(g)); Attach 3 (Rule 9(c)(d)(g)); Attach 4 (Rule 8 n 286 Liability) having previous knowledge. (Rule 9(b)(e)(f)(g)); Attach 5 (Rule 9(c)(d)) as 1) Negligence, 2) resulted Harm, 3) continuation of Negligence, and 5) Fraud or Mistake. (USCS Rule 8(e) pg. 495; Rule 8 n 12 pg. 520, Gray v. Int. Af. Bur; Rule 8 n 373 pg. 815, Quiones v U.S).

5(a)

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

(USCS Rule 8(e)): 1. Amount made within four corners of Attachment 1 (Plaintiff's property) as basis (to include or not including penalty amount(s) for Fraud) (USCS Rule 8 n 9 [Rule 8(a)] pg. 517; Rule 9(a) and Rule 9(b) pg. 1); 2. Punitive damages (made over-and-above or not) not to exceed $250,000 (Rule 9(g); 3. Relief Alternative-Offer of Judgment (FRCP VIII. Rule 68(a) pg. 85); 4. Relief Alternatives-Offer After Liability is Determined (FRCP VIII Rule 68(c) pg 85; Rule 8 n 286 pg. 758).

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 02/04 , 2016.

Signature of Plaintiff        _Kitti R. Payne_

Printed Name of Plaintiff     _Kitti R. Payne_

6

From: office@mail.com
Subject: You have won one million dollars
Date: Wed, 26 Oct 2011 18:48:56 -0300
To: ktipne@hotmail.com

We are please to announce to you that your email address emerged along side 4 others as a category of two winner in this year Publishers Clearing House end of year online promo. Consequently, You have won one million dollars and therefore been approved for a total pay out of one million dollars ($1,000,000.00USD) The following particulars are attached to your lotto payment order:

winning numbers : 1400
email, ticket number:ETN9091176

Please contact the underlined claims officer with the Contact info below

AGENT: MRS. Margaret Crossan
EMAIL: pch.lott.board@w.cn

Winner you are to send the details below to process the immediate payment> of your prize

1. Name in full:  Kitti Ruth Payne
2. Address:  411 S Harrison Street  Stockton, CA 95203
3. Sex:  Female
4. Nationality:  Caucasian - Anglo Saxon
5. Age: 54
6. Present Country:  USA

!!!Once Again Congratulations!!!

Yours Sincerely,
Mr.Dave Sayer
ONLINE CO-ORDINATOR.

ATTACHMENT 1

# Timely Affidavit of Eligibility And E-signature

To: office@mail.com
From: Kitti Payne (ktipne@hotmail.com)
Sent: Fri 11/04/11 3:33 PM
To: office@mail.com

TO:    *Publishers Clearing House*          EMAIL:    office@mail.com
                                                      pch.lott.board@w.cn

       Attn.:  Dave Sayer et al.

FROM:.      Kitti R. Payne              EMAIL:    ktipne@hotmail.com
            411 S Harrison Street       MESSAGE PHONE:  (209) 465-3612
            Stockton, CA 95203

DATE:  November 04, 2011

SUBJECT:   Timely Affidavit of Eligibility And E-signature

Now that you have located me, may I confirm my eligibility to win:

       Kitti R. Payne is my true identity.

       I am a United States citizen and resident.

       I am not a Principal or Employee of Publishers Clearing House and pch.com.
       Neither am I a member of a PCH immediate family, nor contest processor,
       Giveaway Supervisor, affiliates and subsidiaries, or Board of Judges.
       Additionally, I am not a resident of Quebec or a resident of that province.

Thank you for your prompt attention!


                          Kitti R. Payne           November 04, 2011
                          E-signature              Date




                               krp


## ATTACHMENT 2



**STATE OF NEW YORK**
**OFFICE OF THE ATTORNEY GENERAL**

ERIC T. SCHNEIDERMAN
ATTORNEY GENERAL

DIVISION OF ECONOMIC JUSTICE
INTERNET BUREAU

December 11, 2013

Kitti Payne
c/o 545 W. Sonora Street
Stockton, CA 95203

   *Re:*  *Our File Number: 2013-1137721*
       *Company:  Publishers Clearing House*

Dear Kitti Payne:

I am writing in response to your recent submission to the New York State Attorney General's Internet Bureau.  On behalf of Attorney General Eric T. Schneiderman, I want to thank you for taking the time to alert us to this matter.

We have added your comments to our files and will follow this situation carefully.  In addition, we will be forwarding a copy of your complaint to Publishers Clearing House to alert the company to your concerns.

It is through comments such as yours that we learn to identify patterns of fraud or illegality.  The information you have provided is vital to our ongoing efforts to serve the people of the State of New York.

Thank you for contacting us.

Sincerely yours,

*Tawana Campbell*

Tawana Campbell
Internet Bureau

**ATTACHMENT 3**

**Publishers Clearing House**

**PCH** Customer Service
382 channel drive • port washington • new york 11050

Return Service Requested

**1-800-858-5199**

December 30, 2013

Ms. Kitti Payne
545 W Sonora Street
Stockton, CA  95203

Dear Ms. Payne:

Our thanks to Tawana Campbell from the New York Office of the Attorney General for contacting us and for bringing this matter to our attention.   We appreciate this opportunity to provide you with additional assistance.

Per your previous contacts to our online Customer Service team, we have repeatedly advised that the email you received on October 26, 2011 from office@mail.com did **not** come from the real Publishers Clearing House.  The email is part of a **scam** operation which fraudulently and illegally uses the Publishers Clearing House name.

For future reference, anyone who believes they have been the victim of a fraudulent contact using the name of Publishers Clearing House, may contact us immediately at our toll-free number 1-800-392-4190 Monday-Friday between 8:30am-6:30pm EST and anyone who believes they have received a suspicious email using our name and logo, may forward it to our fraud reporting mailbox, abuse@pch.com.  We also encourage consumers to visit the Consumer Affairs section on our website at: info.pch.com where there is more valuable information on how to protect oneself and avoid falling victim to sweepstakes scams.

At Publishers Clearing House, we treat the fraudulent use of our name seriously. We keep track of these incidents and work closely with the law enforcement and the consumer protection community to share this information. We recommend that you also report this incident to the National Fraud Center at www.fraud.org.  Thank you for this opportunity to respond.

Very truly yours,

COPY

Deborah Wright
Manager, Consumer Affairs

DW/ 02080095561
Cc:  Tawana Campbell
      New York .Office of the Attorney General


ATTACHMENT 4

*From Our House to Your House*



**STATE OF NEW YORK**
**OFFICE OF THE ATTORNEY GENERAL**

ERIC T. SCHNEIDERMAN
ATTORNEY GENERAL

DIVISION OF ECONOMIC JUSTICE
INTERNET BUREAU

January 6, 2014

Kitti Payne
c/o 545 W. Sonora Street
Stockton, CA 95203

> Re:  Our File Number: 2013-1137721
> Company:  Publishers Clearing House

Dear Kitti Payne:

I enclose a copy of the response we received from Publishers Clearing House regarding the complaint you filed with our office.

We will keep a record of this complaint on file for future reference in the event that this issue should develop into a pattern. On behalf of Attorney General Eric T. Schneiderman, I trust this information is helpful.

Thank you for contacting us.

Sincerely yours,

*Tawana Campbell*

Tawana Campbell
Internet Bureau

**ATTACHMENT 5**

Enclosure

120 BROADWAY, NEW YORK, NY 10271 ● PHONE (212) 416-8433 ● FAX (212) 416-8369 ● WWW.AG.NY.GOV